# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN M. McMANUS,

    Plaintiff,

v.

JOSEPH F. KAMEEN, et al.,

    Defendants.

CIVIL ACTION NO. 3:CV-14-469

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MEHALCHICK)

## ORDER

**NOW**, this 27th day of April, 2014, upon review of the Report and Recommendation of Magistrate Judge Karoline Mehalchick (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED**.

(2) The Complaint (Doc. 1) is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

FILED
SCRANTON

APR 30 2014

PER _____
    DEPUTY CLERK